## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| Mark A. Herzberg, | Civil No. 20-457 (DWF/BRT) |
| Plaintiff, | |
| v. | **ORDER FOR DISMISSAL WITH PREJUDICE** |
| National Credit Adjusters, LLC, | |
| Defendant. | |

Based upon the Stipulation of Dismissal with Prejudice filed by the Parties on January 7, 2021, (Doc. No. [19]),

**IT IS HEREBY ORDERED** that this action is **DISMISSED WITH PREJUDICE** and on the merits, without costs to any party.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: January 7, 2021         s/Donovan W. Frank
　　　　　　　　　　　　　　　DONOVAN W. FRANK
　　　　　　　　　　　　　　　United States District Judge